UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Jack Powers, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>Jeff's Home Improvements, LLC<br><br>Defendant. | Case No. 1:22-cv-00715<br><br>Judge Christopher A. Boyko |

### JOINT STIPULATION OF DISMISSAL

Now come the parties, jointly, through Counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), and hereby stipulate to a dismissal of this matter with prejudice.

Respectfully submitted this 26th day of August, 2022.

/s/ *James L. Simon*
James L. Simon
The Law Offices of Simon & Simon
5000 Rockside Road-Liberty Plaza, Suite 520
Independence, OH 44131
Phone: (216) 525-8890
james@bswages.com

**ATTORNEY FOR PLAINTIFF**

Granted.

*s/ Christopher A. Boyko*
**CHRISTOPHER A. BOYKO**
**SENIOR UNITED STATES DISTRICT JUDGE**

/s/ *Sean S. Kelly*
Nick A. Nykulak (0075961)
Sean S. Kelly (0075442)
ROSS, BRITTAIN & SCHONBERG CO., L.P.A.
6480 Rockside Woods Blvd. South - Suite 350
Cleveland, Ohio 44131
T: 216-447-1551 / F: 216-447-1554
E: nnykulak@rbslaw.com
    skelly@rbslaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on August 26, 2022 the foregoing was electronically filed and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants ae registered CM/ECF users and that service will be accomplished through notification by the CM/ECF system.

*/s/ Sean S. Kelly*
Sean S. Kelly (0075442)